1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCELLUS ATKINSON,

11           Plaintiff,                    No. CIV S-06-2652 DFL EFB P

12      vs.

13   DOCTOR KOFOED, et al.,

14           Defendants.                   FINDINGS AND RECOMMENDATIONS
     _____/

15

16       Plaintiff is a state prisoner proceeding without counsel in a civil rights action.  *See* 42

17   U.S.C. 1983.

18       On December 5, 2006, the court dismissed plaintiff's claims against defendants N.

19   Grannis, Warren Sisto, Daniel Thor and Alvaro Traquina pursuant to 28 U.S.C. § 1915A.  The

20   dismissal was with leave to amend.  The court informed plaintiff he could proceed against

21   defendant Kofoed by submitting materials for service within 20 days, but the court would

22   construe his election to so proceed as consent to dismissal of his claims against defendants N.

23   Grannis, Warren Sisto, Daniel Thor and Alvaro Traquina without leave to amend.

24       On December 27, 2006, plaintiff submitted materials for service of defendant Kofoed.

25       The court finds that plaintiff has consented to dismissal of claims against defendants N.

26   Grannis, Warren Sisto, Daniel Thor and Alvaro Traquina without leave to amend.

1    Accordingly, it is hereby RECOMMENDED that claims against defendants N. Grannis,

2  Warren Sisto, Daniel Thor and Alvaro Traquina be dismissed without prejudice.

3    These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

5  after being served with these findings and recommendations, any party may file written

6  objections with the court and serve a copy on all parties.  Such a document should be captioned

7  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

9  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  January 16, 2007.

11

12                                      *Edmund F. Brennan*

13                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26