IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELLUS ATKINSON,

    Plaintiff,                      No. CIV S-06-2652 RRB EFB P

    vs.

DR. KOFED, et al.,

    Defendants.            ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to serve responses to discovery requests. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's June 13, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve responses to discovery requests.

    So ordered.

Dated: June 28, 2007.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE