IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELLUS ATKINSON,

        Plaintiff,                    No. CIV S-06-2652 RRB EFB P

        vs.

DR. KOFED, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 20, 2007, defendant Kofoed filed a motion for summary judgment. On November 1, 2007, the court explained to plaintiff that he must file an opposition or a statement of no opposition to the motion within 20 days, or the court would recommend dismissal of this action for plaintiff's failure to follow this court's rules and orders. On November 20, 2007, plaintiff filed a motion for the appointment of counsel. He has not filed an opposition or statement of no opposition to the motion for summary judgment.

        District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood*

1

1  *v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court finds that there are no
2  exceptional circumstances in this case.  However, the court finds that in the interest of justice,
3  plaintiff should have one final opportunity to comply with the November 1, 2007, order.
4       Accordingly, IT IS HEREBY ORDERED that:
5       1. Plaintiff's November 20, 2007 motion for appointment of counsel is denied; and
6       2. Plaintiff has 20 days from the date of this order to file an opposition or a statement of
7  no opposition to defendant's motion for summary judgment.  Plaintiff's failure to comply with
8  this order will result in a recommendation that this action be dismissed without prejudice.
9  DATED:  December 11, 2007.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE