IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS ATKINSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>DOCTOR KOFOED, *et al.*,<br><br>            Defendants. | No. 2:06-cv-02652-JKS-EFB<br><br>ORDER |

     Plaintiff, Marcellus Atkinson a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On January 17, 2007, the Magistrate Judge filed Findings and Recommendations recommending that the complaint be dismissed without prejudice as to Defendants N. Grannis, Warren Sisto, Daniel Thor, and Alvaro Traquina, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  No objections to the Findings and Recommendations have been filed.

     On February 22, 2008, the Magistrate Judge filed Findings and Recommendations recommending that the Motion for summary Judgment filed by Defendant Dr. Kofoed be granted, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within fourteen days.  No objections to the Findings and Recommendations have been filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations filed January 17, 2007, and February 22, 2008, are adopted in full;

2. The Complaint as against Defendants N. Grannis, Warren Sisto, Daniel Thor, and Alvaro Traquina, is hereby DISMISSED, without prejudice.

3. The Motion for Summary Judgment filed by Dr. Kofoed at Docket No. 16 is GRANTED;

4. The Complaint as against Doctor Kofoed is DISMISSED, with prejudice; and

5. The Clerk of the Court to enter final judgment accordingly.

Dated: September 10, 2008.

                                        s/ James K. Singleton, Jr.
                                        JAMES K. SINGLETON, JR.
                                        United States District Judge